In the Matter of the Transfer Tax upon the Estate of RICHARD C. LAKE, Deceased.

ROGER L. FOOTE et al., as Executors, Appellants; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Transfer tax — taxability of stock of domestic corporations transferred by will of non-resident decedent.*

*Matter of Lake*, 194 App. Div. 967, affirmed.

(Submitted October 3, 1921; decided October 18, 1921.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 31, 1920, *unanimously* affirming an order of the New York County Surrogate's Court assessing a transfer tax upon the estate of Richard C. Lake, deceased. The question was as to the taxability,

under section 220 of the Tax Law, as amended by chapter 626 of the Laws of 1919, of certain shares of stock of two domestic corporations owned and transferred by the will of the decedent, a non-resident of this state at his death.

*Edmund O. Austin* and *Alexander Otis* for appellants.

*Schuyler C. Carlton* and *Lafayette B. Gleason* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.